UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADAN MARTINEZ CASTILLO, | ) | 1:10-CV-02312 AWI GSA HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING SECOND REQUEST FOR EXTENSION OF TIME |
| | ) | |
| v. | ) | [Doc. #13] |
| | ) | |
| GREG LEWIS, Warden, | ) | THIRTY DAY DEADLINE |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 30, 2011, Respondent filed a second request for an extension of time in which to file a response to the petition for writ of habeas corpus. Accordingly, good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, Respondent is GRANTED an extension of time of thirty (30) days to and including **May 6, 2011**, to file a response.

IT IS SO ORDERED.

Dated:   April 7, 2011                         /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE